UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMBAC ASSURANCE CORPORATION,

                    Plaintiff,

              -against-              18 Civ. 5182 (LGS)

US BANK NATIONAL ASSOCIATION,      ORDER

                  Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference was held on November 12, 2019. It is hereby

      **ORDERED** that, as discussed at the conference, the parties shall file a joint letter by **November 15, 2019**, proposing a summary judgment briefing schedule. If the parties intend to proceed with cross-motions for summary judgment, the joint letter shall propose which party will file the motion first. The time to brief the motion fully shall not exceed 60 days.

Dated:  November 12, 2019
         New York, New York

                                               LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE