UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMBAC ASSURANCE CORPORATION,

        Plaintiff,

-against-

U.S. BANK NATIONAL ASSOCIATION,

        Defendant.

Case No. 1:18-cv-05182-LGS

---

### DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S
### FIRST SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that U.S. Bancorp, a publicly held Delaware corporation, is the corporate parent of Defendant U.S. Bank National Association and owns 100% of U.S. Bank National Association's stock.  Berkshire Hathaway Inc., together with certain of its affiliates, owns over 10% of U.S. Bancorp's outstanding common stock.

| | |
|---|---|
| Dated: New York, New York<br>      May 4, 2020 | Respectfully submitted,<br><br>KOBRE & KIM LLP<br><br>*s/ Danielle L. Rose*<br>Danielle L. Rose<br>(danielle.rose@kobrekim.com)<br>Leif T. Simonson<br>(leif.simonson@kobrekim.com)<br>Kelly Spatola<br>(kelly.spatola@kobrekim.com)<br>800 Third Avenue<br>New York, New York 10022<br>Tel:  212 488 1200<br>Facsimile:  212 488 1220<br><br>*Attorneys for Defendant U.S. Bank National Association* |